DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATALIYA VASYLIVNA RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-mj-00161 GSA |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| v. | |
| NATALIYA VASYLIVNA RILEY, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Nataliya Vasylivna Riley, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

Defendant  makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

1    This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

2

3    DATED: 7/31/08

4                                          /s/ Nataliya V. Riley
                                           NATALIYA VASYLIVNA RILEY
5

6

7    DATED: 8/5/08

8                                          /s/ Charles J. Lee
                                           CHARLES J. LEE
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10

11

12

13                        **O R D E R**

14        GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be

15   waived at any and all non-substantive pretrial proceedings until further order.

16

17

18

19        IT IS SO ORDERED.

20   **Dated:    August 5, 2008**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon                –2–