1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CHARLES J. LEE, CA Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  NATALIYA RILEY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:08-mj-0161 GSA
                                   )
12              Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING; ORDER
13      v.                         )
                                   )
14 NATALIYA RILEY,                 )   Date:  October 9, 2008
                                   )   Time:  10:00 A.M.
15              Defendant.         )   Judge: Hon. Dennis L. Beck
                                   )
16 _____)

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for September 9, 2008, **may be continued to October 9, 2008 at 10:00 a.m. for change of**

21 **plea hearing**.

22      This continuance is requested by counsel for the defendant to allow additional time for defense to

23 advise client regarding the plea agreement and for Ms. Riley to make proper travel arrangements for her

24 and her family to attend court.  The requested continuance will conserve time and resources for both

25 counsel and the court.

26 ///

27 ///

28 ///

As the only charge alleged is a Class B misdemeanor, no exclusion of time is necessary.

                                    McGREGOR M. SCOTT
                                    United States Attorney

DATED: September 5, 2008          By  /s/ Mark McKeon
                                      MARK MCKEON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: September 5, 2008          By  /s/ Charles J. Lee
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      NATALIYA RILEY

**ORDER**

IT IS SO ORDERED.

   Dated:  **September 5, 2008**            **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE